UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STEVEN ALAN CARR and DAVID G. SCHUSTER, | ) ) ) | |
| Plaintiffs, | ) ) | 1:24-cv-772-SEB-MJD |
| v. | ) ) | |
| TRUSTEES OF PURDUE UNIVERSITY, in their official capacities, | ) ) ) ) | |
| Defendants. | ) | |

**Notice to the Court**

Plaintiffs, by counsel, notify the Court that on May 14, 2024, undersigned counsel Stevie Pactor served by email this Court's scheduling order (Dkt. 9) on Purdue University's Office of General Counsel.  After receiving notice later on May 14, 2024 that lawyers of Barnes and Thornburg would be representing the defendants in this matter, undersigned counsel Stevie Pactor served by email attorneys John Maley, Dylan Pittman, and Kathleen Anderson this Court's proposed schedule and the text sent by Judge Dinsmore's courtroom deputy.

Undersigned counsel Stevie Pactor also served by email, on May 14, 2024, this Court's scheduling order (Dkt. 9), the proposed schedule, and the text sent by Judge Dinsmore's courtroom deputy on James Barta, Solicitor General for the State of Indiana.

WHEREFORE, plaintiffs file this Notice.

[1]

Stevie J. Pactor
Kenneth J. Falk
Gavin M. Rose
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
spactor@aclu-in.org
kfalk@aclu-in.org
grose@aclu-in.org

Attorneys for Plaintiffs

[2]

## Certificate of Service

I certify that a copy of the foregoing was served on this 15th day of May 2024 through the Court's case management/electronic case filing system.

I certify that a copy of the foregoing was served on this 15th day of May 2024 on the following parties via USPS:

The Trustees of Purdue University
Hovde Hall, Room 247
610 Purdue Mall
West Lafayette, IN 47907

The Attorney General of the State of Indiana
IGCS-5th Floor
302 W. Washington St.
Indianapolis, IN 46204

Stevie J. Pactor
Attorney at Law