UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEVEN ALAN CARR, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:24-cv-00772-SEB-MJD |
| ) | |
| TRUSTEES OF PURDUE UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

**MINUTE ENTRY FOR JUNE 11, 2024**
**TELEPHONIC HEARING**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic hearing on the parties' Joint Motion for Extension of Time. [Dkt. 39.] Following a discussion with the parties, the Court's May 16, 2024 preliminary injunction scheduling order [Dkt. 16] is hereby amended as follows:

5. On or before **May 31, 2024**, the parties shall file a list of the witnesses whose testimony that party would intend to offer with their preliminary injunction briefing; the parties shall supplement such lists on or before **June 17, 2024**.

6. On or before **May 31, 2024**, each party shall file a list of the exhibits intended to be offered with their preliminary injunction briefing, and shall provide copies of all exhibits listed to opposing counsel by that date. On or before **June 17, 2024**, each party shall file an updated list of the exhibits intended to be offered with their preliminary injunction briefing. Supplemental exhibits shall be limited to documents produced during party and nonparty discovery in this matter.

7. Except as set forth in paragraph 8 below, each party may conduct no more than four depositions in preparation for the preliminary injunction briefing. Each such deposition shall last no more than three hours. All such depositions shall be completed on or before **June 25, 2024**. The parties shall work together to ensure the scheduling of the depositions in compliance with this order.

8. On or before **June 17, 2024**, the parties shall exchange fully executed copies of any affidavits the parties expect to submit as part of their evidentiary submission in this matter. Notwithstanding the limitation set forth in paragraph 7 above, each

    party may depose any individual whose affidavit is disclosed pursuant to this paragraph. Each such deposition shall last no more than two hours (unless the deponent is one of the four designated pursuant to paragraph 7, in which event the deposition may last no more than three hours). All such depositions shall be completed on or before **June 25, 2024**. The parties shall work together to ensure the scheduling of the depositions in compliance with this order.

9. The Court does not anticipate taking any live testimony. Rather, on or before **July 3, 2024**, each party shall file their evidentiary submission comprised of affidavits, deposition transcripts, and documentary exhibits. No witnesses may be offered that were not disclosed in the **June 17, 2024** witness lists. No exhibits may be offered that were not disclosed in the **June 17, 2024** exhibit lists. The parties' briefs discussed in paragraph 10 below may not cite or refer to any evidence not included in the **July 3, 2024** evidentiary submissions.

10. On or before **July 8, 2024**, Plaintiffs shall file a brief in support of Plaintiffs' motion for preliminary injunction with specific citations to the factual record on file; Plaintiffs' opening brief is limited to no more than twenty-five pages. Defendant may file a response to Plaintiffs' opening brief on or before **July 22, 2024**; Defendant's response brief is limited to no more than twenty-five pages. Plaintiffs may file a reply in support of their motion for preliminary injunction on or before **July 29, 2024**; Plaintiffs' reply brief is limited to no more than twelve pages. It is the Court's intent to rule based upon the written submissions without further hearing or oral argument.

All other requirements of the Court's May 16, 2024 preliminary injunction scheduling order [Dkt. 16] remain in effect.

    SO ORDERED.

Dated: 11 JUN 2024

                                                        Mark J. Dinsmore
                                                         United States Magistrate Judge
                                                         Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.