UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEVEN ALAN CARR, <br> DAVID G. SCHUSTER, <br> JAMES SCHEURICH, <br> DAVID MCDONALD, <br><br> *Plaintiffs*, <br> v. <br><br> TRUSTEES OF PURDUE UNIVERSITY, in their official capacities; TRUSTEES OF INDIANA UNIVERSITY, in their official capacities, <br><br> *Defendants*. | Case No. 1:24-cv-00772-SEB-MJD |

### DEFENDANTS' RULE 12(B)(1) MOTION TO DISMISS

The University Defendants jointly move for dismissal pursuant to Rule 12(b)(1) due to lack of standing and ripeness. In the interests of judicial economy consistent with Fed. R. Civ. P. 1, the University Defendants embrace, incorporate by reference, and join in the State's Motion to Dismiss [ECF56] and brief [ECF57] supporting dismissal and opposing the motion for preliminary injunction.

Respectfully submitted,

*s/Dylan A. Pittman*
John R. Maley
Dylan A. Pittman
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204
Telephone:   317.261.7841
Facsimile:    317.231.7433
Email:          john.maley@btlaw.com
                    dylan.pittman@btlaw.com

1

Kathleen M. Anderson
BARNES & THORNBURG LLP
888 South Harrison Street, Suite 600
Fort Wayne, IN 46802
Telephone: 260-425-4657
Facsimile: 260-424-8316
Email: kathleen.anderson@btlaw.com

*Counsel for Defendants Trustees of Purdue University and Trustees of Indiana University*